# Court of Appeals
# of the State of Georgia

ATLANTA,___July 05, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A2002.  LARKIN V. CAMPBELL v. RENEE SIMMONS CAMPBELL.**

Larkin V. Campbell and Renee Simmons Campbell were divorced on May 20, 2016.  Larkin V. Campbell filed this appeal from the final judgment and divorce decree. We, however, lack jurisdiction.

Under the Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6), the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." Accordingly, we hereby TRANSFER this case to the Supreme Court of Georgia.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____07/05/2016_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*